# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2021

161731

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
 Plaintiff-Appellee,

v            SC: 161731
             COA: 348561
             Manistee CC: 18-004804-FC

CHRISTOPHER RYAN PERSKI,
 Defendant-Appellant.

_____/

   On order of the Court, the application for leave to appeal the May 28, 2020 judgment of the Court of Appeals is considered. We DIRECT the Manistee County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

   The application for leave to appeal remains pending.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2021



t0302

                Clerk